1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7478
7       john.hemann@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,            )   Case No. CR 17-103
13                                      )
           Plaintiff,                   )
14                                      )   GOVERNMENT'S EX PARTE MOTION TO SEAL
      v.                                )   AND [PROPOSED] ORDER
15                                      )
   DMITRY DOKUCHAEV,                    )
16 IGOR SUSHCHIN,                       )   **FILED UNDER SEAL**
   ALEXSEY BELAN,                       )
17 KARIM BARATOV,                       )
                                        )
18         Defendants.                  )

19     The United States moves to seal the Indictment returned by the grand jury in the above-captioned

20 action on February 28, 2017.  The defendants are not aware of the Indictment and have not been

21 apprehended.  Public notice of the Indictment would likely cause them to attempt to avoid apprehension,

22 destroy evidence, and tamper with witnesses.  The government believes that each of the defendants

23 currently resides and is located outside the United States.

24     The United States requests permission of the Court to provide notice to the victims of the

25 offenses charged in the Indictment (Yahoo and Google), and allow the United States Attorney's Office

26 and the Department of Justice to transmit the Indictment and arrest warrants to representatives from the

27 Department of State, other U.S. federal agencies, and to foreign authorities for purposes of effectuating

28 provisional arrest warrants, requests made under Mutual Legal Assistance Treaties, extradition requests,

LIMITED SEALING MOTION
U.S. V. DOKUCHAEV, ET AL.                        1

and coordinating federal government and law enforcement activity prior to unsealing of the Indictment.

DATED: February 27, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____
JOHN H. HEMANN
Assistant United States Attorney

### [PROPOSED] ORDER

The Indictment, arrest warrants, and this application and order are hereby SEALED.

Counsel for the United States may provide notice to the victims of the offenses charged in the Indictment (Yahoo and Google), and may transmit the Indictment and arrest warrants to representatives of the Department of State, other U.S. federal agencies, and foreign authorities for purposes of effectuating provisional arrest warrants, requests made under Mutual Legal Assistance Treaties, and extradition requests, and coordinating federal government and law enforcement activity prior to public unsealing of the Indictment.

IT IS SO ORDERED.

Dated: 2/28/2-17

_____
LAUREL BEELER
United States Magistrate Judge

LIMITED SEALING MOTION
U.S. V. DOKUCHAEV, ET AL.                                    2