BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    john.hemann@usdoj.gov

Attorneys for United States of America

FILED
MAR 15 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> DMITRY DOKUCHAEV, <br> IGOR SUSHCHIN, <br> ALEXSEY BELAN, <br> KARIM BARATOV, <br>     Defendants. | Case No. CR  17-0103 VC <br><br> GOVERNMENT'S EX PARTE MOTION TO UNSEAL AND [~~PROPOSED~~] ORDER <br><br> ~~FILED UNDER SEAL~~ |

The United States moves to unseal the above-captioned case.

DATED: March 15, 2017

                                      Respectfully submitted,

                                      BRIAN J. STRETCH
                                      United States Attorney

                                      _/s/ (signed for)_
                                      JOHN H. HEMANN
                                      Assistant United States Attorney

## [PROPOSED] ORDER

The above-captioned case is hereby UNSEALED.

IT IS SO ORDERED.

Dated: 3-15-17

_____
MARIA-ELENA JAMES
United States Magistrate Judge