1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   JEFFREY SHIH (CABN 296945)
5  Assistant United States Attorneys

6  SCOTT K. MCCULLOCH (DCBN 1020608)
   CHRISTOPHER OTT (CABN 235659)
7  Trial Attorneys, National Security Division

8        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
9        john.hemann@usdoj.gov; 415.436.7478
         jeffrey.shih@usdoj.gov; 415.436.7168
10
   Attorneys for the United States of America
11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                                SAN FRANCISCO DIVISION
14
   UNITED STATES OF AMERICA,           )  CASE NO. 3:17-CR-103 VC
15                                     )
         Plaintiff,                    )  AMENDED STIPULATION AND
16                                     )  [PROPOSED] ORDER CONTINUING DATE FOR
     v.                                )  STATUS CONFERENCE AND EXCLUDING
17                                     )  TIME UNDER THE SPEEDY TRIAL ACT
   KARIM BARATOV,                      )
18                                     )
         Defendant.                    )
19 _____ )

20       The parties respectfully and jointly request that the next status conference, currently set for

21 October 24, 2017, be moved to November 28, 2017.  The reason for this request is to provide the parties

22 additional time to determine whether a pre-trial resolution is possible and to provide defense counsel

23 additional time to review discovery.  Specifically, since the initial status conference on August 29, 2017,

24 the parties have been meeting and conferring, and believe that the requested additional time would be

25 helpful, to determine whether a pre-trial resolution is possible.  Additionally, defense counsel is

26 continuing to review the discovery provided by the United States, including the approximately 39 GB of

27 discovery under the Protective Order that the United States provided on September 21, 2017.  Therefore,

28 the parties stipulate that additional time is needed for ongoing discovery, effective preparation, and

STIPULATION AND ORDER EXCLUDING TIME                                                                      1

conferring to determine whether a pre-trial resolution is possible.  Accordingly, the parties respectfully and jointly request the resetting of the next status conference to November 28, 2017.

The parties also respectfully and jointly request that time be excluded under the Speedy Trial Act between October 24, 2017, which is the date of the currently scheduled status conference, and November 28, 2017, as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial.  Specifically, such an exclusion provides defense counsel reasonable time for effective preparation, taking into account due diligence.  18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED:  October 23, 2017          */s/ with permission*
ANDREW MANCILLA
ROBERT M. FANTONE
Counsel for Defendant


BRIAN J. STRETCH
United States Attorney

DATED:  October 23, 2017          */s/ Jeffrey Shih*
JEFFREY SHIH
Assistant United States Attorney

**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**

Based on the stipulation of the parties and on good cause shown, the Court orders that (1) the next status conference, currently set for October 24, 2017, is hereby moved to November 28, 2017; and (2) the time period from October 24, 2017, through November 28, 2017, is hereby excluded under the Speedy Trial Act as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial because such an exclusion provides defense counsel reasonable time for effective preparation, taking into account due diligence.  18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  October ____, 2017

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE