UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** November 28, 2017  **Time in Court:** 16 minutes  **Judge:** VINCE CHHABRIA
**Case No.:** 17-cr-00103-VC-4  **Case Name:** UNITED STATES v. Karim Baratov

**Attorney for United States of America:** Jeffrey Shih and Scott McCulloch
**Attorney for Defendant:** Andrew Mancilla and Robert Fantone
**Defendant:** [X] PRESENT   [ ] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [ ] Not In Custody

**Deputy Clerk:** Kristen Melen                **Court Reporter:** Jo Ann Bryce
**Interpreter:** N/A                           **Probation Officer:** N/A

## PROCEEDINGS

Change of plea - hearing held.

## RESULT OF HEARING

Defendant is sworn and examined by the Court. Defendant is advised of his rights and waives said rights. The Court finds the defendant competent and the defendant's plea knowing and voluntary and accepts the defendant's plea of guilty to Counts One and Forty through Forty-Seven of the Indictment. The Plea Agreement is filed.

The Court orders that the defendant is referred to U.S. Probation for the creation of a Pre-Sentence Report.

**CASE CONTINUED TO:** February 20, 2018, at 3:00 P.M., for Sentencing